UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Brittany and Andrew Flatland v.*                    No. 3:11-cv-10870-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, each party to bear its own costs.  The parties further agree that if Plaintiffs re-file their lawsuit, they must do so in this MDL and may not name a non-diverse defendant, and that, if Plaintiffs violate this condition, the dismissal without prejudice will be converted to a dismissal with prejudice.

1

DATED:  April 10, 2012

| | |
|---|---|
| *s/ Michael A. London (w/ consent)* | *s/ John E. Galvin* |
| Douglas & London, PC | John E. Galvin (IL Bar #6205935) |
| 111 John Street | Terry Lueckenhoff (Bar # 27810MO) |
| Suite 1400 | Fox Galvin, LLC |
| New York, NY 10038 | One South Memorial Drive, 12th Floor |
| Telephone: (212) 566-7500 | St. Louis, MO 63102 |
| mlondon@douglasandlondon.com | Telephone:  (314) 588-7000 |
| | Facsimile:  (314) 588-1965 |
| *Counsel for Plaintiffs* | jgalvin@foxgalvin.com |
| | tlueckenhoff@foxgalvin.com |

Adam L. Hoeflich (IL Bar # 6209163)
Brian S. Prestes (IL Bar # 6288528)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  (312) 494-4400
Facsimile:  (312) 494-4440
adam.hoeflich@bartlit-beck.com
brian.prestes@bartlit-beck.com

Susan A. Weber (IL Bar # 6211895)
James W. Mizgala (IL Bar # 6271760)
Nathan A. Huey (IL Bar # 6280257)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
saweber@sidley.com
jmizgala@sidley.com
nhuey@sidley.com

*Counsel for Defendant Bayer HealthCare Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                *s/ John E. Galvin*